UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>OASIS ENTERPRISE LLC,<br><br>    Defendant. | Case No. 21-cv-08981-RS<br><br>**ORDER TO SHOW CAUSE** |

In light of Plaintiff's notice that injunctive relief is moot, Plaintiff is ordered to show cause no later than August 25, 2022, why his claims under the Americans with Disabilities Act should not be dismissed for lack of standing and/or lack of a justiciable controversy, and why the Court should not decline to exercise jurisdiction over his Unruh Act claims. If Plaintiff fails to respond to the Order to Show Cause, this action will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: August 11, 2022

_____
RICHARD SEEBORG
Chief United States District Judge